18 So.3d 1138 (2009)
Godfrey T. FAGOT, Jr., Petitioner,
v.
STATE of Florida, Respondent.
No. 1D09-2963.
District Court of Appeal of Florida, First District.
September 15, 2009.
Godfrey T. Fagot, Jr., pro se, Petitioner.
Bill McCollum, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.
PER CURIAM.
DENIED. Munn v. Fla. Parole Commn., 807 So.2d 733 (Fla. 1st DCA 2002).
KAHN, WEBSTER, and ROBERTS, JJ., concur.